United States Bankruptcy Court
Central District of California

In re:  
Thomas Manning  
      Debtor

Case No. 15-14802-WJ  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-6     User: rsandoval     Page 1 of 1     Date Rcvd: May 13, 2015  
                    Form ID: mdeforco     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2015.  
db            +Thomas Manning,   6959 Eureka Drive,   Riverside, CA 92503-1012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2015 at the address(es) listed below:  
             Rod (WJ) Danielson (TR)    notice-efile@rodan13.com  
             Scott   Kosner    on behalf of Debtor Thomas  Manning scottK@tysonfirm.com, albert@tysonfirm.com  
             United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov  
                                                                                                                               TOTAL: 3

| United States Bankruptcy Court<br>Central District Of California | |
|---|---|
| In re:<br>Thomas Manning<br>aka Thomas P Manning, aka Thomas R Manning | CHAPTER NO.: 13 |
| | CASE NO.: 6:15−bk−14802−WJ |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 and 3015(b) AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

- ☐ Summary of Sch (Form B6 Pg 1)
- ☐ Schedule A (Form B6A)
- ☐ Schedule B (Form B6B)
- ☐ Schedule C (Form B6C)
- ☐ Schedule D (Form B6D)
- ☐ Schedule E (Form B6E)
- ☐ Schedule F (Form B6F)
- ☐ Schedule G (Form B6G)
- ☐ Schedule H (Form B6H)
- ☐ Schedule I (Form B6I)
- ☐ Schedule J (Form B6J)
- ☐ Decl Re Sched (Form B6)
- ☐ Stmt of Fin Affairs (Form B7)
- ☑ Chapter 13 Plan (LBR F3015−1)
- ☐ Statement (Form B22C−1)
- ☐ Means Calculation (Form B22C−2)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rules 1007(c) and 3015(b), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1)  File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005−2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2)  File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**                              **KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: <u>May 12, 2015</u>                                          **By: <u>Rosanna Sandoval</u>**
                                                                                  **Deputy Clerk**

mdeforco – Revised 12/2014                                                                           **6 − 1 / TRS**